UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ASPHALT DIKE CONSTRUCTION, INC., DBA APCO, et al.,<br><br>Defendants. | Case No. 23-cv-04846-JST<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: ECF No. 21 |

The parties have stipulated to voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this action is dismissed.

**IT IS SO ORDERED.**

Dated: February 23, 2024



_____
JON S. TIGAR
United States District Judge